### 26683. BOWMAN *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized the verdict. The defendant introduced no testimony, and his statement was evidently rejected by the jury. Under the facts of the case, the special grounds of the motion for new trial (several of which are not complete and understandable within themselves) show no cause for another hearing of the case. *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 3, 1938.

*William E. Mann* and *W. G. Mann,* for plaintiff in error.

*J. H. Paschall, solicitor-general,* contra.